UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VANESSA BLANDIN, The Commissioner states that

    Plaintiff,

v.                                        Case No:   2:14-cv-40-FtM-DNF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This cause is before the Court on Commissioner of Social Security's Motion for Entry of Judgment With Remand (Doc. 27) filed on November 10, 2014. The Commissioner states that Plaintiff's counsel does not object to the relief requested.  The Commissioner seeks remand for further administrative proceedings.

**IT IS HEREBY ORDERED:**

1)     The Motion for Entry of Judgment With Remand (Doc. 27) is **GRANTED**.

2)     The Decision of the Commissioner is reversed and the case is remanded under sentence four of 42 U.S.C. §405(g) to the Commissioner of Social Security for the following:

    On remand, the Commissioner will re-evaluate Plaintiff's residual functional capacity with specific reference to the medical source opinions of record and, if necessary, obtain vocational expert testimony on Plaintiff's ability to perform other work existing in significant numbers in the national economy.

3)     The Clerk shall enter judgment accordingly and close the file.

- 2 -

**DONE** and **ORDERED** in Fort Myers, Florida on November 14, 2014.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties